IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00548-FL

| | |
|---|---|
| MICHAEL JAMES WILLIAMSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER APPOINTING SUBSTITUTE MEDIATOR |
| J.B. HUNT TRANSPORT, INC., and JAMES MICHAEL PRATT, | ) |
| Defendants. | ) |

It appearing to the Court that counsel for the parties have selected Thomas C. Duncan to serve as their substitute mediator,

IT IS ORDERED, pursuant to Local Rule 101.c(a), that Thomas C. Duncan is appointed substitute mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 101.1e.

Let copies of this order be sent to counsel for the parties and to the substitute mediator.

This __11th__ day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge